# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMBAT SHAHINYAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>N. T. MCKINNEY,<br><br>　　　　　　Defendant. | Case No. CV 23-1425-DMG (BFMx) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED:**

1. The Report and Recommendation is accepted.

2. Respondent's Motion to Dismiss the Petition as moot is granted. [Doc. # 10.]

3. The "EMERGENCY 2241 FIRST STEP ACT (FSR) HABEAS MOTION" is denied. [Doc. # 2.]

4. Judgment shall be entered consistent with this Order.

5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record. The Court Clerk is directed to serve Petitioner at his address of record as well as

at this address: Smbat Shahinyan, A# 215- 906-105, Desert View Facility, 10450 Ranch Road, Adelanto, California 92301.

DATED:     September 29, 2023.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE