JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SMBAT SHAHINYAN,<br><br>   Petitioner,<br><br>  v.<br><br>N.T. McKINNEY,<br><br>   Respondent. | No. 23-cv-01425-DMG-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied as moot and the action is dismissed with prejudice.

DATED: September 29, 2023    _____
                 DOLLY M. GEE
             UNITED STATES DISTRICT JUDGE